# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HIGH FREQUENCY TRADING
SYSTEMS LLC,

    Plaintiff,

v.

MARKETAXESS HOLDINGS, INC.,

    Defendant.

2:16-cv-13052-DPH-MKM

Honorable Denise Page Hood

## **STIPULATED ORDER OF DISMISSAL**

    The Court being otherwise fully informed and advised in the premises and upon the below stipulation of the parties:

    IT IS HEREBY ORDERED that the above case be dismissed, with prejudice and without costs to either party.

Dated:  March 17, 2017

s/Denise Page Hood
Chief Judge, U.S. District Court

SO STIPULATED:

/s/ Eric A. Bean
Eric A. Bean
Attorney for Plaintiff

/s/ Mark C. Nelson
Mark C. Nelson
Attorney for Defendant